UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SHIRLEY CRUZADO | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| LVNV FUNDING, LLC | ) |
| | ) **JURY TRIAL DEMANDED** |
| Defendant, | ) |
| | ) |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

### I. INTRODUCTION

1. Plaintiff brings this action under the **Fair Debt Collection Practices Act ("FDCPA")**, 15 U.S.C. § 1692 et seq., to obtain statutory damages, actual damages, and attorney's fees for violations committed by Defendant during the course of attempting to collect an alleged consumer debt.

2. Specifically, this action arises from Defendant's false or misleading credit reporting in violation of **15 U.S.C. § 1692e(8)**.

### II. JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction pursuant to 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331.

4. Venue is proper in this District under 28 U.S.C. § 1391(b) because Defendant regularly conducts business in this District and the events giving rise to this claim occurred here.

### III. PARTIES

5. Plaintiff Shirley Cruzado is a natural person residing in Charlotte, North Carolina and is a consumer as defined by 15 U.S.C. § 1692a(3).

6. Defendant LVNV Funding, LLC is a South Carolina corporation with its principal place of business located 355 S Main Street, Suite 300-D Greenville, SC 29601. Defendant is a "debt collector" as defined by 15 U.S.C. § 1692a(6), and is engaged in the business of collecting consumer debts.

### IV. FACTS OF THE COMPLAINT

7. Plaintiff allegedly incurred a consumer debt, primarily for personal, family, or household purposes.

8. Defendant began attempting to collect the alleged debts on behalf of other parties in the amounts of $1,555 & $3,221.

9. On or about December 10, 2024, Plaintiff reviewed her credit report and noticed the tradelines being reported from Defendant.

10. On or about December 18, 2024, Plaintiff made a dispute call to the Defendant, notifying them that she did not agree with the account information that was being furnished.

11. Plaintiff communicated these account balances were off, incorrect or too high on multiple occasions during the dispute phone call.

12. Despite this dispute, Defendant reported the debt to one or more credit reporting agencies (e.g., Equifax, Experian, or TransUnion) on April 2, 2025 without marking the debts as "disputed.".

13. Defendant either knew or should have known that the debt was disputed at the time of the reporting.

14. Defendant's failure to furnish the collection account information accurately is a violation of 15 U.S.C. § 1692e(8).

15. Defendant's false and misleading credit reporting damaged Plaintiff's credit standing, caused emotional distress, and interfered with Plaintiff's financial opportunities.

## V. FIRST CLAIM FOR RELIEF

### *Violations of 15 U.S.C. § 1692e(8) – False or misleading representations*

16. Plaintiff re-alleges and incorporates by reference all preceding paragraphs as if fully set forth herein.

17. Defendant violated 15 U.S.C. § 1692e(8) by communicating credit information to one or more credit reporting agencies that it knew or should have known was false, including failing to communicate that the debt was disputed.

18. As a result of this unlawful conduct, Plaintiff suffered actual damages and is entitled to statutory damages, costs, and attorney's fees pursuant to 15 U.S.C. § 1692k.

## VI. JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against Defendant for:

1. Judgment for violations of the FDCPA;
2. Actual damages pursuant to 15 U.S.C. § 1692k(a)(1);
3. Statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A);
4. Costs and reasonable attorney fees pursuant to 15 U.S.C. § 1692k(a)(3); and
5. Such other and further relief as the Court may deem just and proper.

Marcel A. McCrea, Esq.
Phillips and McCrea, PLLC

PO Box 30453
Charlotte, NC 28230
T.: 980.225.9072
F: 980.225.9080
E: marcel@lawpm.com
COUNSEL FOR PLAINTIFF